## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
**alexspiro@quinnemanuel.com**

January 18, 2019

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  18 Cr. 889 (JMF) Statement Regarding Interpreter

Dear Judge Furman:

Pursuant to this Court's January 17, 2019 Order (Dkt. 20), we submit this letter to confirm that an interpreter is not necessary for subsequent proceedings in this case. The presence of Mr. Mizrahi's family members at the January 17 proceeding (with whom he is accustomed to conversing in their native language of Arabic) was primarily to provide support for our client. They were not needed to provide interpretive services, as Mr. Mizrahi is fluent in English. An interpreter will not be necessary at any future proceedings.

Respectfully submitted,

/s/ Alex Spiro
Alex Spiro
alexspiro@quinnemanuel.com
John Chun
johnchun@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile:  (212) 849-7100

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART