UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
        -v-                     :      18-CR-889 (JMF)
                                                                        :
IBRAHIM MIZRAHI,                                                        :      <u>ORDER</u>
                                                                        :
        Defendant.                :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Judgment in this case was entered on January 10, 2020. On January 13, 2020, Defendant, proceeding *pro se*, filed the attached Application for the Court to Request Pro Bono Counsel, stating that, while he does not seek to change his plea or sentence, he would like to "renegotiate" his plea agreement to add a clause stating that he is not deportable. Putting aside whether that relief could be obtained through this criminal case at all, the Court lacks jurisdiction to entertain Defendant's application given that judgment as been entered and no motion has been filed pursuant to 28 U.S.C. § 2255. In the alternative, the Court finds that the interests of justice do not call for appointment of counsel in these circumstances. *See* 18 U.S.C. § 3006A. Accordingly, Defendant's application is DENIED.

      The Clerk of Court is directed to mail a copy of this Order to Defendant at the address set forth on Defendant's application.

      SO ORDERED.

Dated: January 14, 2020                    _____
      New York, New York                      JESSE M. FURMAN
                                            United States District Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_U S_
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_IBRAHIM MIZRAHI_

(List the full name(s) of the defendant(s)/respondent(s).)

18 ~~CV~~ CR 889 (JMF) (    )

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☑ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

   the judge told me if I need an attorney a free legal aid will be appointed to me free of charge. I need an attorney to help me renegotiate my plea agreement, to Amend it and Add an immigration clause that I'm not Deportable. But I'm not changing anything in the plea or sentence. I just want to clear up the immigration Issue.

Rev. 3/27/14

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I had one attorney that I had retained and I'm not too happy with his performance and I asked few Attorneys to continue this case they all asked for $35K and up. I can't Afford it.

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: _English_.

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive *pro bono* counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

01/13/20
Date

_Abraham Mizrahi_
Signature

IBRAHIM MIZRAHI
Name (Last, First, MI)

Prison Identification # (if incarcerated)

386 VAN SICKLEN ST
Address

BROOKLYN
City

NY
State

11223
Zip Code

646 750-5777
Telephone Number

ALBERT.MIZRAHI@ICLOUD.COM
E-mail Address (if available)

2